UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| CLINTON BROWN, | ) | |
| | ) | |
|        Plaintiff, | ) | CASE NO.: 9:19-cv-00273-RMG |
| | ) | |
| v. | ) | |
| | ) | |
| COMBE INCORPORATED; COMBE PRODUCTS, INC.; COMBE LABORATORIES, INC.; and COMBE INTERNATIONAL LLC f/k/a COMBE INTERNATIONAL LTD., | ) ) ) ) ) ) | |
|        Defendants. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned counsel hereby agree and stipulate that all claims of Plaintiff Clinton Brown against all Defendants in the above-captioned matter be dismissed in their entirety without prejudice, each party to bear its own costs.

Dated:  September 17, 2019

/s/ Pamela R. Mullis
Pamela R. Mullis
Mullis Law Firm
PO Box 7757
Columbia, SC 29202
803-799-9577
prmullis@mullislawfirm.com

Attorney for Plaintiff

/s/ James F. Rogers
James F. Rogers, Federal Bar No. 5053
W. Jacob Henerey, Federal Bar No. 12724
1320 Main St. / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
Tel: (803) 255-9489
jim.rogers@nelsonmullins.com
jacob.henerey@nelsonmullins.com

Attorneys for Defendants